## Cope's Estate.

Argued November 26, 1937. Before Schaffer, Maxey, Drew, Linn, Stern and Barnes, JJ.

*Henry D. O'Connor,* with him *A. Archer Cross,* for appellant.

*Robert G. Erskine,* with him *Townsend, Elliott & Munson* and *George Ross,* for appellees, were not heard.

Per Curiam, January 3, 1938:

This is an appeal from the decree of the orphans' court dismissing a petition for review of an adjudication entered June 2, 1898. Over thirty-nine years having elapsed since the adjudication was entered, it is now too late to reconsider the questions there determined, in the absence of any showing of actual fraud: *Elkins's Est.,* 325 Pa. 373, 190 A. 650; *Knox's Est. (No. 1),* 328 Pa. 177, 195 A. 28. The situation is not altered by the

petitioner's disposition to call an alleged error on the part of the auditing judge a constructive fraud.

Appeal dismissed at appellant's cost.